IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

```
-------------------------------------------------------------------X
                                                                   :
BOYD HINTON,                                                       :
                                                                   :
                                    Plaintiff,                     :   No. 25-cv-13663-DCN
                                                                   :
        - against -                                                :
                                                                   :
BRIAN BRYANT, International President of the                       :
International Association of Machinists and                        :
Aerospace Workers (IAM),                                           :
                                                                   :
                                    Defendant.                     :
                                                                   :
-------------------------------------------------------------------X
```

**ORDER**

On December 9, 2025, plaintiff Boyd Hinton moved for a temporary restraining order and preliminary injunction pursuant to Rule 65(b) of the Federal Rules of Civil Procedure. ECF No. 10. This court granted that motion and imposed a temporary restraining order on December 9, 2025. ECF No. 15. On December 10, 2025, defendant Brian Bryant filed an emergency motion to dissolve or modify the temporary restraining order. ECF No. 20.

After considering the submissions of the parties in connection with this matter, and for good cause shown, the court **GRANTS** Defendant's emergency motion to dissolve or modify the temporary restraining order. It is hereby **ORDERED** that the temporary restraining order, ECF No. 15, is dissolved, and the status quo as it existed on December 9, 2025 prior to the temporary restraining order, when Federal Local 1998 was in trusteeship, shall remain in place.

AND IT IS SO ORDERED.

_____
DAVID C. NORTON
UNITED STATES DISTRICT JUDGE

**December 12, 2025**
**Charleston, South Carolina**